JAP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

THE PREMISES KNOWN AND DESCRIBED AS
2411 100th STREET, BASEMENT APARTMENT,
EAST ELMHURST, NEW YORK 11369
- - - - - - - - - - - - - - - - - - - X

UNSEALING
ORDER

M-08-405

    Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney William Schaeffer for an order unsealing the affidavit and warrant in the above-captioned matter,

    WHEREFORE, it is ordered that the affidavit and warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          August 19, 2008

                                HONORABLE RAMON E. REYES, JR.
                                UNITED STATES MAGISTRATE JUDGE
                                EASTERN DISTRICT OF NEW YORK